**No. 66577.**—M. Pressner & Co. *v.* United States, protest 61/14257 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic camera viewers similar in all material respects to those the subject of Abstract 65082, the claim of the plaintiff was sustained.

**No. 66578.**—Tartaglia Imports *v.* United States, protests 61/17770, etc. (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic camera viewers similar in all material respects to those the subject of Abstract 65082, the claim of the plaintiff was sustained.